No. —, original. Ex parte Van Dyke. October 14, 1935. The motion for leave to file a petition for writ of habeas corpus is denied, without prejudice to appropriate application to the proper Court of the State of Michigan. *Mooney* v. *Holohan,* 294 U. S. 103. *Mr. Otto Van Dyke, pro se.*

No. —, original. Ex parte Lee. October 14, 1935. Motion for leave to file petition for writ of habeas corpus denied. *Mr. Calvin L. Lee, pro se.*

No. —, original. Ex parte Davis. October 14, 1935. Motion for leave to file petition for writ of habeas corpus denied. *Mr. Joseph Davis, pro se.*

No. —, original. Ex parte Mooney. October 14, 1935. Motion for leave to file petition for writ of habeas corpus denied. *Messrs. Frank P. Walsh, John F. Finerty,* and *George T. Davis* for petitioner.